THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-261-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE GUILTY PLEA HEARING VIA VIDEOCONFERENCE |
| AUDREY NOLAND-JAMES, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion of the parties to proceed forward with a guilty plea hearing via videoconference and finds that:

(a) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A plea hearing in this case cannot be delayed without serious harm to the interests of justice; and

(b) Ms. Noland-James would like to plead guilty and resolve the case in a timely fashion; and

(c) Ms. Noland-James wishes to enter a plea as soon as possible in light of anticipated delay associated with the COVID pandemic and a desire to alleviate presumptive backlogged court calendars following the COVID recovery process. Ms.

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE GUILTY PLEA HEARING VIA
VIDEOCONFERENCE  - 1
*US v. Noland-James; CR19-261RSM*

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Noland-James believes that the Court may not be as able to accommodate a timely resolution of his case in the future as more cases are delayed; and

(d) a videoconference guilty plea hearing would avoid further delays in the ultimate sentencing in this case, which would cause "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20).

IT IS THEREFORE ORDERED that this matter should be set for a guilty plea hearing via videoconference at the earliest practicable date and after coordination between the Court and the parties.

DONE this 28th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Gregory Geist*
Assistant Federal Public Defender
Attorney for Audrey Noland-James

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE GUILTY PLEA HEARING VIA
VIDEOCONFERENCE    - 2
US v. Noland-James; CR19-261RSM

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100